ACCEPTED
14-13-00456-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
2/12/2015 3:34:29 PM
CHRISTOPHER PRINE
CLERK

## No. 14-13-00456-CV

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
2/12/2015 3:34:29 PM
CHRISTOPHER A. PRINE
Clerk

# In the
# Court of Appeals
# for the Fourteenth District of Texas

**EXXON MOBIL CORPORATION,**

*Appellant,*

**v.**

**ESTATE OF ALFREDO M. PAGAYON, DECEASED
AND DELIA PAGAYON, ET AL.,**

*Appellees.*

## NOTICE OF CHANGE OF ADDRESS FOR COUNSEL FOR EXXON MOBIL CORPORATION

TO THE HONORABLE COURT OF APPEALS:

Exxon Mobil Corporation, Appellant, files this Notice of Change of Address for two of its counsel, Richard P. Hogan, Jr. and Jennifer Bruch Hogan, in the referenced case. Mr. and Mrs. Hogan's new mailing address is:

Richard P. Hogan, Jr.
Jennifer Bruch Hogan
HOGAN & HOGAN
Pennzoil Place
711 Louisiana, Suite 500
Houston, Texas 77002

45484_1

Mr. and Mrs. Hogan's e-mail addresses, phone number, and facsimile number are unchanged.

| | |
|---|---|
| Richard P. Hogan, Jr. | Jennifer Bruch Hogan |
| e-mail: rhogan@hoganfirm.com | e-mail: jhogan@hoganfirm.com |
| (713) 222-8800–telephone | (713) 222-8800–telephone |
| (713) 222-8810–facsimile | (713) 222-8810–facsimile |

The contact information for the other attorneys representing Exxon Mobil Corporation remains unchanged. Please change your records to reflect the new mailing address for Mr. and Mrs. Hogan.

Respectfully submitted,

MARKLAND LAW FIRM

 Clive R. Markland
 State Bar No. 24027475
 cmarkland@marklandfirm.com
 5450 NW Central Drive, Suite 330
 Houston, Texas 77092
 832.431.4348–telephone
 832.487.8030–facsimile

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

 Chandria T. Jackson
 State Bar No. 24048569
 chandria.jackson@wilsonelser.com
 5847 San Felipe Street, Suite 2300
 Houston, Texas 77057
 713.767.1555–telephone
 713.785.7780–facsimile

HOGAN & HOGAN

 */s/ Richard P. Hogan, Jr.*
 Richard P. Hogan, Jr.
 State Bar No. 09802010
 rhogan@hoganfirm.com
 Jennifer Bruch Hogan
 State Bar No. 03239100
 jhogan@hoganfirm.com
 711 Louisiana, Suite 500
 Houston, Texas 77002
 713.222.8800–telephone
 713.222.8810–facsimile

EXXONMOBIL CORPORATION

 Jeffrey S. Kuhn
 State Bar No. 11757300
 jeffrey.s.kuhn@exxonmobil.com
 Corp-Emb-Room 1533I
 800 Bell Street
 Houston, Texas 77002-7526
 713.656.7403–telephone
 713.656.2254–facsimile

ATTORNEYS FOR EXXON MOBIL CORPORATION

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing was forwarded to all counsel of record by the Electronic Filing Service Provider, if registered; a true and correct copy of this document was forwarded to all counsel of record not registered with an Electronic Filing Service Provider and to all other parties as follows:

Counsel for Appellees:

Matthew Ploeger
LAW OFFICE OF MATTHEW PLOEGER
901 South Mopac Expressway
Barton Oaks Plaza One, Suite 300
Austin, Texas 78746
*Via TexFile*

Graham E. Sutliff
William H. Stout
SUTLIFF & STOUT, PLLC
550 Post Oak Blvd., Suite 530
Houston, Texas 77027
*Via TexFile*

/s/ Richard P. Hogan, Jr.
Richard P. Hogan, Jr.
Dated: February 12, 2015